UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VICTOR J. ROGERS, | No: CV 09-01289-VBF(JCx) |
|     Plaintiff, | |
| v. | JUDGMENT |
| SECRETARY OF THE NAVY, et al., | Date: June 16, 2011 |
|     Defendants. | Courtroom: 9 |

The Court having decided that Defendants' Motion for Summary Judgment (dkt. 55) was appropriate for decision without oral argument, and the Court having considered the pleadings, papers, and evidence presented, and in accordance with the Court's Minute Order dated June 16, 2011,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants' Motion for Summary Judgment is granted and judgment is hereby entered for defendants.

Dated this sixteenth day of June, 2011

*Valerie Baker Fairbank*
_____
UNITED STATES DISTRICT JUDGE